# United States Court of Appeals
## For the First Circuit

No. 03-2502

JOSEPH RODI,

Plaintiff, Appellant,

v.

SOUTHERN NEW ENGLAND SCHOOL OF LAW ET AL.,

Defendants, Appellees.

ERRATA SHEET

The opinion of this Court issued on November 10, 2004 is corrected as follows:

On page 2, 1st sentence — delete the words "and uninformative"